# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-25-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| CORWIN DALLAS FOUR STAR, JR., | |
| Defendant. | |

## I.  Synopsis

Defendant Corwin Dallas Four Star, Jr. (Four Star) has been accused of violating the conditions of his supervised release.  Four Star admitted the alleged violation.  Four Star's supervised release should be revoked.  Four Star should be placed in custody for 4 months, with 116 months of supervised release to follow.

## II.  Status

Four Star pleaded guilty to Sexual Abuse on June 10, 2013.  (Doc. 35).  The Court sentenced Four Star to 120 months of custody, followed by 10 years of supervised release.  (Doc. 49).  Four Star's current term of supervised release began on April 18, 2022.  (Doc. 70 at 1).

**Petition**

The United States Probation Office filed a Petition on June 13, 2022, requesting that the Court revoke Four Star's supervised release. (Doc. 70). The Petition alleged that Four Star had violated the conditions of his supervised release by failing to complete his substance abuse treatment program.

**Initial appearance**

Four Star appeared before the undersigned for his initial appearance on October 18, 2022. Four Star was represented by counsel. Four Star stated that he had read the petition and that he understood the allegations. Four Star waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on October 18, 2022. Four Star admitted that he had violated the conditions of his supervised release by failing to complete his substance abuse treatment program. The violation is serious and warrants revocation of Four Star's supervised release.

Four Star's violation is a Grade C violation. Four Star's criminal history category is I. Four Star's underlying offense is a Class A felony. Four Star could be incarcerated for up to 60 months. Four Star could be ordered to remain on

2

supervised release for up to 120 months, less any custody time imposed.  The

United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.  Analysis

Four Star's supervised release should be revoked.  Four Star should be

incarcerated for 4 months, with 116 months of supervised release to follow.  This

sentence is sufficient but not greater than necessary.

### IV.  Conclusion

The Court informed Four Star that the above sentence would be

recommended to Chief United States District Judge Brian Morris.  The Court also

informed Four Star of his right to object to these Findings and Recommendations

within 14 days of their issuance.  The Court explained to Four Star that Judge

Morris would consider a timely objection before making a final determination on

whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Corwin Dallas Four Star, Jr. violated the conditions of his supervised
> release by failing to complete his substance abuse treatment program.

The Court **RECOMMENDS:**

> That the District Court revoke Four Star's supervised release
> and commit Four Star to the custody of the United States Bureau of
> Prisons for 4 months, with 116 months of supervised release to
> follow.

3

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND
RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing.  28 U.S.C. § 636(b)(1).  A United States district court judge will

make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made.  The district court judge may accept,

reject, or modify, in whole or in part, the Findings and Recommendations.  Failure

to timely file written objections may bar a de novo determination by the district

court judge, and may waive the right to appear and allocute before a district court

judge.

DATED this 19th day of October, 2022.

John Johnston
United States Magistrate Judge