IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CORWIN DALLAS FOUR STAR, JR., <br><br> Defendant. | CR-13-25-GF-BMM <br><br><br><br> ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 19, 2022. (Doc. 78.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 18, 2022. (Doc. 73.) The United States accused Corwin Dallas Four Star, Jr. (Four Star) of violating his conditions of supervised release by failing to complete his substance abuse treatment program. (Doc. 70.)

At the revocation hearing, Four Star admitted to violating the conditions of his supervised release by failing to complete his substance abuse treatment

program. (Doc. 73.)  Judge Johnston found that the violation Four Star admitted proved to be serious and warranted revocation, and recommended revocation of Four Star's supervised release and recommended that Four Star receive a custodial sentence of 4 months, with 116 months of supervised release to follow. (Doc. 78.) Four Star was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 73.) The violation proves serious and warrants revocation of Four Star's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 78) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Corwin Dallas Four Star, Jr. be sentenced to the Bureau of Prisons for 4 months, with 116 months of supervised release to follow.

DATED this 3rd day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:13-cr-00025-BMM Document 79 Filed 11/03/22 Page 4 of 4