IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORWIN DALLAS FOUR STAR, JR.,<br><br>Defendant. | CR 13-25-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I.    Synopsis

Defendant Corwin Dallas Four Star Jr. (Four Star) has been accused of violating conditions of his supervised release. (Doc. 97). Four Star admitted the alleged violation. Four Star's supervised release should be revoked.  Four Star should be sentenced to custody for 1 year and 1 day, with 36 months of supervised release to follow.

## II.    Status

Four Star plead guilty on June 10, 2013, to the offense of Sexual Abuse, in violation of 18 U.S.C. Sections 1153(a) and 2242(2)(B) (2) as charged in the Indictment. (Doc. 34).  Four Star was sentenced to 120 months of custody followed

by 10 years of supervised release. (Doc. 49). Four Star's current term of supervised release began on February 1, 2024.

**Petition**

On February 8, 2024, the United States Probation Office filed a Petition requesting that the Court revoke Four Star's supervised release. (Doc. 97). The Petition alleged Four Star violated the conditions of his supervised release by (1) having been released from the Bureau of Prisons custody on February 1, 2024, failed to report within 72 hours to the probation office in the federal district court where he was authorized to reside. Four Star was arrested on May 3, 2024.

**Initial Appearance**

Four Star appeared before the Court on May 28, 2024. Four Star was represented by counsel. Four Star stated that he had read the Petition and that he understood the allegation against him. Four Star waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on May 28, 2024. Four Star admitted that he had violated the conditions of supervised release as set forth in the Petition by (1) failing to report within 72 hours of his release from imprisonment to the probation office in the federal district court where he was authorized to reside.

**Sentencing hearing**

Four Star appeared before the Court on May 28, 2024. Four Star's violation is a Grade C violation. His criminal history category is I. Four Star's underlying offense is a Class A felony. Four Star could be incarcerated for up to 60 months. Four Star could be ordered to remain on supervised release for 110 months less any custody time. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.   Analysis

Four Star's supervised release should be revoked. Four Star should be sentenced to custody for 1 year and 1 day, with 36 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV.   Conclusion

The Court informed Four Star that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Four Star of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Four Star that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

That CORWIN DALLAS FOUR STAR JR., has violated the conditions of his supervised release by: (1) failing to report within 72 hours of his release from imprisonment to the probation office of the federal judicial district where he was authorized to reside.

The Court **RECOMMENDS:**

That the District Court revoke Four Star's supervised release and sentence Four Star to custody for 1 year and 1 day, with 36 months of supervised release to follow.  This Court further recommends that the Bureau of Prisons place Four Star in Sheridan, Oregon.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C.  Section 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocate before a district court judge.

DATED this 28th day of May 2024.


John Johnston
United States Magistrate Judge