IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CORWIN DALLAS FOUR STAR, JR.<br><br>Defendant. | CR-13-25-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 29, 2024. (Doc. 106.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 28, 2024. (Doc. 101.) The United States accused Corwin Four Star, Jr. (Four Star) of violating his

conditions of supervised release by (1) having been released from the Bureau of Prisons custody on February 1, 2024, failed to report within 72 hours to the probation office in the federal district court where he was authorized to reside. (Doc. 97.)

At the revocation hearings, Four Star admitted to having violated the conditions of his supervised release by by (1) having been released from the Bureau of Prisons custody on February 1, 2024, failed to report within 72 hours to the probation office in the federal district court where he was authorized to reside. (Doc. 101.)

Judge Johnston found that the violation Four Star admitted proves serious and warrants revocation of his supervised release and recommends a sentence of 1 year and 1 day with 36 months of supervised release to follow.  Four Star was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 101.)  The violations prove serious and warrants revocation of Four Star's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 106.) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Corwin Dallas Four Star, Jr. be sentenced to the Bureau

of Prison for 1 year and 1 day, with 36 months of supervised release to follow. Four Star shall be housed at the Bureau of Prisons in Sheridan, Oregon.

DATED this 12th day of June, 2024.

_____
Brian Morris, Chief District Judge
United States District Court