IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORWIN DALLAS FOUR STAR, JR.,<br><br>Defendant. | CR 13-25-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

### I.      Synopsis

Defendant Corwin Dallas Four Star Jr. (Four Star) has been accused of violating conditions of his supervised release. (Doc. 110). Four Star admitted some of the alleged violations. Four Star's supervised release should be revoked. Four Star should be sentenced to custody for 6 months, with 30 months of supervised release to follow.

### II.      Status

Four Star plead guilty on June 10, 2013, to the offense of Sexual Abuse, in violation of 18 U.S.C. §§ 1153(a) and 2242(2)(B) (2) as charged in the Indictment. (Doc. 34). Four Star was sentenced to 120 months of custody followed by 10 years

of supervised release. (Doc. 49). Four Star's current term of supervised release began on March 7, 2025.

### Petition

On April 4, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Four Star's supervised release. (Doc. 110). The Petition alleged Four Star violated the conditions of his supervised release by: (1) failing to establish his enrollment in outpatient sex offender treatment program on March 10, 2025, as directed by his probation officer on March 7, 2025; (2) failing to report for random substance abuse testing on March 14, 2025; (3) failing to report for random substance abuse testing on March 21, 2025; (4) committing another federal, state or local crime by being charged with the misdemeanor offense of Criminal Mischief, in violation of Mont. Code Ann. § 45-6-101 on March 30, 2025; (5) failing to reside at a residence approved by his probation officer from March 31, 2025, until his arrest on April 17, 2025; (6) failing to notify his probation officer within 72 hours of his arrest on March 30, 2025; (7) failing to attend a scheduled sex offender treatment session on April 1, 2025; and (8) failing to report for random substance abuse testing on April 1, 2025.

### Initial Appearance

Four Star appeared before the Court on May 6, 2025. Four Star was represented by counsel. Four Star stated that he had read the Petition and that he

understood the allegations against him. Four Star waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on May 6, 2025. Four Star admitted that he had violated the conditions of supervised release as set forth in the Petition by: (2) failing to report for random substance abuse testing on March 14, 2025; (3) failing to report for random substance abuse testing on March 21, 2025; (7) failing to attend a scheduled sex offender treatment session on April 1, 2025; and (8) failing to report for random substance abuse testing on April 1, 2025. The Court heard testimony from United States Probation Officer Nicholas Buciuman regarding violations 1, 4, 5 and 6. Following the testimony, the Government moved to dismiss allegations 1 and 4. The Court determined the Government had not met its burden of proof as to allegations 5 and 6. However, the Court determined that Four Star's admitted violations 2, 3, 7, and 8 are serious and warrant revocation of Four Star's supervised release.

**Sentencing hearing**

Four Star appeared before the Court on May 6, 2025. Four Star's violations Grade C. His criminal history category is I. Four Star's underlying offense is a Class A felony. Four Star could be incarcerated for up to 60 months. Four Star could

be ordered to remain on supervised release for 36 months less any custody time. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.  Analysis

Four Star's supervised release should be revoked. Four Star should be sentenced to custody for 6 months, with 30 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV.  Conclusion

The Court informed Four Star that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Four Star of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Four Star that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That CORWIN DALLAS FOUR STAR JR., has violated the conditions of his supervised release by: (2) failing to report for random substance abuse testing on March 14, 2025; (3) failing to report for random substance abuse testing on March 21, 2025; (7) failing to attend a scheduled sex offender treatment session on April 1, 2025; and (8) failing to report for random substance abuse testing on April 1, 2025.

The Court **RECOMMENDS**:

That the District Court revoke Four Star's supervised release and sentence Four Star to custody for 6 months, with 30 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 7th day of May 2025.

John Johnston
United States Magistrate Judge