# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br><br>CORWIN DALLAS FOUR STAR, JR.,<br><br>　　　　　　Defendant. | CR-13-25-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 7, 2025. (Doc. 119.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 6, 2025 (Doc. 114.) The United States accused Corwin Dallas Four Star, Jr. (Four Star) of violating the conditions of his supervised release by: (1) failing to establish his enrollment in outpatient sex offender treatment program on March 10, 2025, as directed by his

probation officer on March 7, 2025; (2) failing to report for random substance abuse testing on March 14, 2025; (3) failing to report for random substance abuse testing on March 21, 2025; (4) committing another federal, state or local crime by being charged with the misdemeanor offense of Criminal Mischief, in violation of Mont. Code Ann. § 45-6-101 on March 30, 2025; (5) failing to reside at a residence approved by his probation officer from March 31, 2025, until his arrest on April 17, 2025; (6) failing to notify his probation officer within 72 hours of his arrest on March 30, 2025; (7) failing to attend a scheduled sex offender treatment session on April 1, 2025; and (8) failing to report for random substance abuse testing on April 1, 2025.  (Doc. 110.)

      At the revocation hearing, Four Star admitted he had violated the conditions of his supervised by: (2) failing to report for random substance abuse testing on March 14, 2025; (3) failing to report for random substance abuse testing on March 21, 2025; (7) failing to attend a scheduled sex offender treatment session on April 1, 2025; and (8) failing to report for random substance abuse testing on April 1, 2025. The Court heard testimony from United States Probation Officer Nicholas Buciuman regarding violations 1, 4, 5 and 6. Following the testimony, the Government moved to dismiss allegations 1 and 4. The Court determined the Government had not met its burden of proof as to allegations 5 and 6.  (Doc. 114.)

Judge Johnston found that the violations Four Star admitted proves serious and warrants revocation of Four Star's supervised release and recommends a term of custody of 6 months, with 30 months of supervised release to follow. (Doc. 119.) The Court advised Four Star of his right to appeal and to allocute before the undersigned. (Doc. 114.)

The violation proves serious and warrants revocation of Fourstar's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 119) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Corwin Dallas For Star, Jr. be sentenced to a term of custody of 6 months with 30 months of supervised release to follow.

DATED this 30th day of May 2025.

_____
Brian Morris, Chief District Judge
United States District Courts