IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-25-GF-BMM-JTJ |
| Plaintiff, | |
| | FINDINGS AND |
| v. | RECOMMENDATIONS |
| CORWIN DALLAS FOUR STAR, JR., | |
| Defendant. | |

## I.    Synopsis

Defendant Corwin Dallas Four Star Jr. (Four Star) has been accused of violating conditions of his supervised release. (Docs. 124 and 127). Four Star admitted the alleged violations. Four Star's shall be sentenced to Time Served, with 29 months of supervised release to follow.

## II.    Status

Four Star plead guilty on June 10, 2013, to the offense of Sexual Abuse, in violation of 18 U.S.C. §§ 1153(a) and 2242(2)(B) (2) as charged in the Indictment. (Doc. 34).  Four Star was sentenced to 120 months of custody followed by 10 years

of supervised release. (Doc. 49).  Four Star's current term of supervised release began on October 15, 2025.

**Petition**

On March 12, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Four Star's supervised release. (Doc. 124). The Petition alleged Four Star violated the conditions of his supervised release by: (1) testing positive for marijuana use on November 13, 2025, November 20, 2025, December 20, 2025, January 12, 2026, January 25, 2026 and February 6, 2026; (2) failing to report for sex offender treatment on January 22, 2026, March 5, 2026, and March 12, 2026; and (3) failing to report to his probation officer to have his sweat patch removed on March 9, 2026, and March 10, 2026.

**Amended Petition**

On April 15, 2026, the United States Probation Office filed an Amended Petition requesting that the Court revoke Four Star's supervised release. (Doc. 127). The Amended Petition alleged Four Star additionally violated the conditions of his supervised release by (4) testing positive for methamphetamine and marijuana on April 13, 2025; and (5) consuming alcohol on April 12, 2026.

**Initial Appearance**

Four Star appeared before United States Magistrate Judge Tim Cavan on April 20, 2026.  Four Star was represented by counsel.  Four Star stated that he had read

the Amended Petition and that he understood the allegations against him.  Four Star waived his right to a preliminary hearing.  Judge Cavan set a final revocation hearing before this Court for May 5, 2026.

**Revocation hearing**

The Court conducted a revocation hearing on May 5, 2026. The parties consented to proceed with the revocation hearing before the undersigned.  Four Star admitted that he had violated the conditions of supervised release as set forth in the Amended Petition. Four Star's violations are serious and warrant revocation of his supervised release. The Court continued Four Star's sentencing until July 14, 2026, at 10: 30 a.m., and ordered that Four Star be released from custody on May 11, 2026 at 4:00 p.m. for placement at Connections Corrections, an in-patient substance abuse treatment facility for a period of up to 60 days as directed by his probation officer. Four Star's sentencing was subsequently continued until July 13, 2026 at 1:30 p.m.

**Sentencing hearing**

Four Star appeared before the Court on July 13, 2026.  Four Star's violations Grade C.  His criminal history category is I.  Four Star's underlying offense is a Class A felony.  Four Star could be incarcerated for up to 60 months. Four Star could be ordered to remain on supervised release for 60 months to life less any custody time.  The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Four Star's supervised release should be revoked. Four Star should be sentenced to Time Served, with 29 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV.    Conclusion

The Court informed Four Star that the above sentence would be recommended to the Chief United States District Judge Brian Morris.  The Court also informed Four Star of his right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Four Star that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That CORWIN DALLAS FOUR STAR JR., has violated the conditions of his supervised release by: testing positive for marijuana use on November 13, 2025, November 20, 2025, December 20, 2025, January 12, 2026, January 25, 2026 and February 6, 2026; (2)  failing to report for sex offender treatment on January 22, 2026, March 5, 2026, and March 12, 2026; (3) failing to report to his probation officer to have his sweat patch removed on March 9, 2026 and March 10, 2026; (4) testing positive for methamphetamine and marijuana on April 13, 2025; and (5) consuming alcohol on April 13, 2026.

The Court **RECOMMENDS**:

That the District Court revoke Four Star's supervised release and sentence Four Star to Time Served, with 29 months of supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C.  Section 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 14th day of July 2026.

John Johnston
United States Magistrate Judge