**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-25-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| CORWIN DALLAS FOR STAR, JR., | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 14, 2026. (Doc. 139.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 13, 2026. (Doc. 138.) The United States accused Corwin Four Star, Jr.  (Four Star) of violating the conditions of his supervised release by: (1) testing positive for marijuana use on November 13, 2025, November 20, 2025, December 20, 2025, January 12, 2026, January 25, 2026 and February 6, 2026; (2) failing to report for sex offender treatment on January 22, 2026, March 5, 2026, and March 12, 2026;(3) failing to report to his probation officer to have his sweat patch removed on March 9, 2026, and March 10, 2026; by (4) testing positive for methamphetamine and marijuana on April 13, 2025; and (5) consuming alcohol on April 12, 2026.  (Docs. 124 and 127.)

At the revocation hearings Four Star admitted that he had violated the condition of supervised release as set forth in the Amended Petition. (Doc. 138.) Four Star  was advised of his right to appeal and allocute before the undersigned. (*Id*.)

Judge Johnston recommended that Four Star be sentenced to time served with 29 months of supervised release to follow.  (Doc. 139.)

The violation Four Star admitted proves serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 139) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Corwin Dallas Four Star, Jr.  be sentenced for a term of custody of time served with 29 months of supervised release to follow.

DATED this 6th day of August 2026.

_____
Brian Morris, Chief District Judge
United States District Courts